The State ex rel. McPhee vs. Erickson.

It is not questioned that the election was honestly conducted. No fraud is claimed in the exclusion of voters. It was error of judgment only. Nor is it claimed that any of the votes cast were illegal. Nor is it disputed that the defendant received a plurality of the votes actually cast. The election should stand.

*By the Court.*— The order of the circuit court is affirmed.

═════════

The State ex rel. McPhee, Appellant, vs. Erickson, Respondent.

*February 3 — February 23, 1894.*

*State ex rel. Wold v. Hanson, ante,* p. 177, followed.

APPEAL from the Circuit Court for *Sawyer* County.

*Quo warranto* to try the title to the office of county clerk of Sawyer county.

· For the appellant there was a brief by *O'Keefe & Foster* and *O. H. Foster,* and oral argument by *J. J. Miles.*

For the respondent there was a brief by *Wickham & Farr,* and oral argument by *James Wickham.*

, Newman, J. This case is in all respects like the case of *State ex rel. Wold v. Hanson, ante,* p. 177.

*By the Court.*— The order of the circuit court is affirmed.